IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY CHARLES DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:99cv416-ID |
| | ) | (WO) |
| CHARLIE JONES, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in the above-styled case on July 7, 2006 (Doc. No. 96), and Respondent Charlie Jones' Notice, filed September 26, 2006 (Doc. No. 103), informing the court that on September 19, 2006, the Circuit Court of Coosa County re-sentenced Petitioner Timothy Charles Davis to life imprisonment without the possibility of parole, it is CONSIDERED, ORDERED and ADJUDGED that final judgment be and the same is hereby ENTERED in favor of the Respondents, Charlie Jones, Warden; and Troy King, Attorney General of the State of Alabama; and against the Petitioner, Timothy Charles Davis.

DONE this 28th day of September, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE